UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 8:04-CR-574-T-17MSS |
| v. | 18 U.S.C. § 922(g)(1) |
| | Forfeiture: |
| PELE LA CRUZ WATKINS | 18 U.S.C. § 924(d)(1) |
| | 28 U.S.C. § 2461(c) |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about October 6, 2004, in Tampa, Hillsborough County, in the Middle District of Florida, and elsewhere,

PELE LA CRUZ WATKINS,

the defendant herein, having been convicted of the following crime punishable by imprisonment for a term exceeding one year, to wit:

> Possessing a firearm without a license, Case No. 0896, in the Common Pleas Court of Philadelphia, Trial Division, Criminal Section, in and for the Common Pleas Court of Philadelphia, Pennsylvania,

did knowingly possess in and affecting interstate and foreign commerce, the following firearm and ammunition, to wit:

a.  one Jennings 9mm semi-automatic pistol, model Bryco 59, serial number 850-742; and

b.  twelve rounds of 9 mm ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURES

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the

provisions of Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

From his engagement in any or all of the violations alleged in Count One of this Indictment, defendant PELE LA CRUZ WATKINS shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461, all of his right, title and interest in any firearm or ammunition involved in or used in a knowing violation of Title 18, United States Code, Section 922(g), including but not limited to the following items:

a. one Jennings 9mm semi-automatic pistol, model Bryco 59, serial number 850-742; and

b. twelve rounds of 9 mm ammunition.

A TRUE BILL,

_____
FOREPERSON

PAUL I. PEREZ
United States Attorney

By: _____
MICHAEL E. RUNYON
Assistant United States Attorney

_____
JAY L. HOFFER
Assistant United States Attorney
Deputy Chief, Special Prosecutions Section

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT

Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

PELE LA CRUZ WATKINS

## INDICTMENT

Violation:

Title 18, United States Code, Section 922(g)(1)

A true bill,

_____
Foreperson

Filed in open court this 23rd day

of November, A.D. 2004.

_____
Clerk

Bail $ _____

N:\_Criminal Cases\W\Watkins_2004R02457\f_indictment_back.wpd

GPO 863 525