## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.                                              Case No.  8:04-CR-574-T-17-MSS

PELE LA CRUZ WATKINS
_____/

### ORDER

This cause comes before the Court on the defendant's motion to dismiss, with prejudice, for speedy trial violation (Docket No. 62) and government's memorandum in support of dismissal without prejudice.  The Court held a hearing on this matter on April 25, 2005, and, at that time, orally announced that the memorandum of the government was persuasive and adopted it by reference.  This order confirms the Court's oral ruling.  Having found that the factors of 18 U.S.C. § 3162(a)(1), as set forth in the incorporated memorandum, weigh in favor of dismissal without prejudice, it is

**ORDERED** that the motion to dismiss with prejudice (Docket No. 62) be **denied** and the government's motion to dismiss without prejudice be **granted**.  The Clerk of Court is directed to dismiss and close this case.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 25th day of April, 2005.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record